✓ FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 2 7 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Magnolia Financial Group | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 15-cv-7144 |
| Kenneth Antos, et al | ) |
| *Defendant* | ) |

2:18-ms-00073

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __05/14/2018__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __08/24/2018__

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

Paid Amt $ 47.00 Date 8/29/18
Receipt # LAVRAO4250  Initials LH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MAGNOLIA FINANCIAL GROUP                CIVIL ACTION

VERSUS                                  NO: 15-7144

KENNETH ANTOS, ET AL                    SECTION "H"

JUDGMENT

**IT IS ORDERED, ADJUDGED,** and **DECREED** that:

1. The Notes entered into by and between Antos, Becklean and KCI are valid and enforceable per their terms and as outlined in ECF 25 and ECF 220;

2. There was default under the Notes by Becklean, Antos and KCI by at least October 21, 2015 as outlined in ECF 220 due to lack of payment by the debtors;

3. Judgment is rendered in favor of Magnolia Financial Group, LLC and against the defendants, Kenneth Antos, David Becklean and KCI Investments, LLC, *in solido*, in the amount of $2,947,518.81, as of June 13, 2016, together with legal interest as provided by law from date of

1

   demand until paid as previously determined by order of the court in ECF 220;

4. Plaintiff is entitled to an "award of reasonable attorney fees and all costs incurred in enforcing and collecting under the Note(s)." The Magistrate will determine these amounts to be included and incorporated into the final judgment in favor of Magnolia Financial Group, LLC in this matter, together with legal interest as provided by law, from date of demand until paid against Becklean, Antos and KCI, *in solido*.

5. Of the $2,947,518.81, this Court issues judgment in the amount of $931,500.00, plus judicial interest as provided by law from date of demand until paid, in favor of Magnolia Financial Group, LLC and against Kenneth Antos for fraud based on Antos's willful and intentional acts in denying and depriving Magnolia Financial Group, LLC payments due under the settlement agreement and in Antos directing such funds to entities other than Magnolia Financial Group with the intent to use the funds for his own or his family's benefit, as set forth in the findings of fact and conclusions of law previously entered in this matter at ECF 351.

6. The Magistrate Judge shall determine the amount of costs of these proceedings, with the amount to be included in a final judgment.

New Orleans, Louisiana this 14th day of May, 2018.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

2