# PAULA A. ATES & ASSOCIATES, L.L.C.
### Paula Adams Ates
### Attorney-At-Law

2:18-ms-00073

August 24, 2018

Ms. Lea Griffin
Clerk of Court
U.S. Federal District Court Nevada
400 South Virginia Street, Suite 301
Reno, NV 89501

*Via Fed Ex No.: 773069497154*

[FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD — AUG 27 2018 — CLERK US DISTRICT COURT DISTRICT OF NEVADA — BY: ____ DEPUTY]

    Re:    Registration of a Foreign Judgment

Dear Ms. Griffin:

    Thank you for your help this afternoon regarding the registration of a Foreign Judgment in Nevada from the U.S. District Court in Louisiana.. In that regard, attached is the "Clerk's Certification of a Judgment to Be Registered in Another District" and a Certified True Copy of that Judgment from the Eastern District Court in Louisiana. As discussed. please use a Las Vegas docket number. .

    As instructed, enclosed is my firm's check no.1061 in the amount of Forty-Seven and 00/100 Dollars ($47.00) to register this Judgment in Nevada.

    Should you have any questions or if you need additional information from me, please call me at 504-737-1600.

    Once again thank you for your help. With best wishes, I am

                                                        Sincerely,

                                                        Paula Adams Ates

Enclosures

Copy: Bryan M. Viellion (Via e-mail only: bviellion@konvlaw.com)

---

**10557 AIRLINE HIGHWAY**                                                                            Telephone: 504-737-1600
**ST. ROSE, LOUISIANA 70087**                                                           Facsimile: 504-737-1660