BRYAN M. VIELLION
Nevada Bar No. 13607
KAEMPFER CROWELL
1980 Festival Plaza Drive, #650
Las Vegas, Nevada 89135
Phone: (702) 792-7000
Fax: (702) 796-7181
bviellion@kcnvlaw.com
*Attorneys for Plaintiff/Judgment Creditor*
*Magnolia Financial Group, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAGNOLIA FINANCIAL GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH ANTOS; DAVID BECKLEAN;<br>and KCI INVESTMENTS, LLC,<br><br>Defendant. | Case No. 2:18-ms-00073<br><br>**AFFIDAVIT OF REGISTRATION<br>OF JUDGMENT** |

STATE OF NEVADA     )
                    ) ss:
COUNTY OF CLARK     )

BRYAN M. VIELLION, being first duly sworn, deposes and says:

1. Affiant is an attorney with the law firm of Kaempfer Crowell, counsel of record for Magnolia Financial Group, LLC ("Judgment Creditor").

2. This Affidavit is submitted in support of Judgment Creditor's registration of the foreign judgment, as separately noticed. Except where stated upon information and belief, Affiant has personal knowledge of the facts described herein, and if called upon to do so in a court of law, Affiant could and would competently testify thereto.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2207601_4.docx    18691.1

Page 1 of 3

3. Affiant is informed and believes that the United States District Court for the Eastern District of Louisiana entered a Judgment ("Judgment") by the Honorable Jane Triche Milazzo, on or about May 14, 2018, in favor of Judgment Creditor and against Kenneth Antos, David Becklean and KCI Investments, LLC ("Judgment Debtors"). The Judgment orders that Judgment Creditor is granted judgment against Judgment Debtors, jointly and severally. A copy of the Judgment is attached as **Exhibit 1**.

4. Affiant is informed and believes that the Judgment against the Judgment Debtors in favor of the Judgment Creditor is valid and enforceable and has in no way been satisfied.

5. Judgment Creditor's address is:

> **Magnolia Financial Group, LLC**
> **c/o Bryan M. Viellion, Esq.**
> **KAEMPFER CROWELL**
> **1980 Festival Plaza Drive, Suite 650**
> **Las Vegas, Nevada 89135**

6. Affiant is informed and believes the last known address of each Judgment Debtor is:

> **Kenneth Antos**
> **4968 Mountain Foliage Dr.**
> **Las Vegas, NV 89148**
>
> **KCI Investments, LLC**
> **4968 Mountain Foliage Dr.**
> **Las Vegas, NV 89148**
>
> **David Becklean**
> **11917 Eagle Crest Drive**
> **Lee's Summit, MO 64086**

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2207601_4.docx 18691.1

Page 2 of 3

7. Affiant makes this Affidavit in accordance with the provisions of NRS 17.360 at the request of the Judgment Creditor in support of filing the Judgment in the above-entitled Court.

DATED this 10th day of September, 2018.

_____
BRYAN M. VIELLION

SUBSCRIBED AND SWORN BEFORE ME this 10th day of September, 2018 by Bryan M. Viellion.

_____
NOTARY PUBLIC in and for said County and State

My Commission Expires: 2/28/22



HEATHER SUTER
Notary Public, State of Nevada
No. 18-1770-1
My Appt. Exp. Feb. 28, 2022

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2207601_4.docx   18691.1

Page 3 of 3

# EXHIBIT 1

# EXHIBIT 1

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| Magnolia Financial Group | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 15-cv-7144 |
| Kenneth Antos, et al | ) | |
| *Defendant* | ) | 2:18-ms-00073 |

```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
            COUNSEL/PARTIES OF RECORD

          AUG 2 7 2018

      CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __05/14/2018__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __08/24/2018__

CLERK OF COURT

_____
Signature of Clerk or Deputy

Paid Amt $ 47⁰⁰  Date 8/29/18
Receipt # NVRD04250  Initials ___

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MAGNOLIA FINANCIAL GROUP**                **CIVIL ACTION**

**VERSUS**                                   **NO: 15-7144**

**KENNETH ANTOS, ET AL**                     **SECTION "H"**

## JUDGMENT

**IT IS ORDERED, ADJUDGED, and DECREED** that:

1. The Notes entered into by and between Antos, Becklean and KCI are valid and enforceable per their terms and as outlined in ECF 25 and ECF 220;

2. There was default under the Notes by Becklean, Antos and KCI by at least October 21, 2015 as outlined in ECF 220 due to lack of payment by the debtors;

3. Judgment is rendered in favor of Magnolia Financial Group, LLC and against the defendants, Kenneth Antos, David Becklean and KCI Investments, LLC, *in solido,* in the amount of $2,947,518.81, as of June 13, 2016, together with legal interest as provided by law from date of

1

demand until paid as previously determined by order of the court in ECF 220;

4. Plaintiff is entitled to an "award of reasonable attorney fees and all costs incurred in enforcing and collecting under the Note(s)." The Magistrate will determine these amounts to be included and incorporated into the final judgment in favor of Magnolia Financial Group, LLC in this matter, together with legal interest as provided by law, from date of demand until paid against Becklean, Antos and KCI, *in solido*.

5. Of the $2,947,518.81, this Court issues judgment in the amount of $931,500.00, plus judicial interest as provided by law from date of demand until paid, in favor of Magnolia Financial Group, LLC and against Kenneth Antos for fraud based on Antos's willful and intentional acts in denying and depriving Magnolia Financial Group, LLC payments due under the settlement agreement and in Antos directing such funds to entities other than Magnolia Financial Group with the intent to use the funds for his own or his family's benefit, as set forth in the findings of fact and conclusions of law previously entered in this matter at ECF 351.

6. The Magistrate Judge shall determine the amount of costs of these proceedings, with the amount to be included in a final judgment.

New Orleans, Louisiana this 14th day of May, 2018.



JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

2

# Initial Documents in a Miscellaneous Case

2:18-ms-00073 Magnolia Financial Group, LLC v. Antos et al

## United States District Court

### District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 8/29/2018 at 3:02 PM PDT and filed on 8/27/2018
**Case Name:**         Magnolia Financial Group, LLC v. Antos et al
**Case Number:**       2:18-ms-00073
**Filer:**
**Document Number:** 1

**Docket Text:**
**REGISTRATION of Foreign Judgment (Filing fee $ 47 PAID; Receipt No. NVRNO-004250). (Attachments: # (1) Cover Letter)(DRM)**

**2:18-ms-00073 Notice has been electronically mailed to:**

**2:18-ms-00073 Notice has been delivered by other means to:**

Paula A. Ates
Paula A. Ates & Associates, LLC
10557 Airline Highway
St. Rose, LO 70087

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=8/29/2018] [FileNumber=8865206-0
] [1a99babf2b8c5fde477a6984f17e361da25d57d3d1bb0b97c9101392d884330fd84
7b0ae85e8ce18e96a47fb0170a1f2df3552de5dcb9edc2da3e9532d97967e]]
**Document description:** Cover Letter
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=8/29/2018] [FileNumber=8865206-1
] [137ec15d1b95537ea3c1561d8ccb5c9d80641c581f52243aa539cd2662f55dd5c4c
3e487523e035c522ed52f0535a1dc7650ab517869826433ccd6539a77ed80]]