BRYAN M. VIELLION
Nevada Bar No.
KAEMPFER CROWELL
1980 Festival Plaza Drive, #650
Las Vegas, Nevada 89135
Phone: (702) 792-7000
Fax: (702) 796-7181
bviellion@kcnvlaw.com
*Attorneys for Plaintiff/Judgment Creditor*
*Magnolia Financial Group, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAGNOLIA FINANCIAL GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH ANTOS; DAVID BECKLEAN;<br>and KCI INVESTMENTS, LLC,<br><br>Defendants. | Case No. 2:18-ms-00073<br><br>**NOTICE OF ENTRY<br>OF JUDGMENT** |

PLEASE TAKE NOTICE that Judgment in favor of Magnolia Financial Group, LLC and against the defendants, Kenneth Antos, David Becklean and KCI Investments, LLC ("Judgment") was registered in the above-referenced Court in the above-referenced case on the 27th day of August, 2018 and entered on the 29th day of August, 2018. A true and correct copy of the Judgment is attached hereto as "**Exhibit 1**".

DATED this 10th day of September, 2018.

KAEMPFER CROWELL

BY: _____
BRYAN M. VIELLION (Nevada Bar No. 13607)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
*Attorneys for Plaintiff/Judgment Creditor*
*Magnolia Financial Group, LLC*

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2207542_4.docx   18691.1

Page 1 of 3

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of KAEMPFER CROWELL, and that the foregoing **NOTICE OF ENTRY OF JUDGMENT** was served via electronic service to:

Paula A. Ates, Esq.
PAULA A. ATES & ASSOCIATES, LLC
10557 Airline Highway
St. Rose, LA 70087
paulaates113@gmail.com
*Attorneys for Plaintiff/Judgment CreditorMagnolia Financial Group, LLC*

DATED this 15th day of September, 2018.

*[signature: Heather Suter]*
an employee of Kaempfer Crowell

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2207542_4.docx   18691.1

Page 2 of 3

# CERTIFICATE OF SERVICE

I certify that I am an employee of KAEMPFER CROWELL, and that the foregoing **NOTICE OF ENTRY OF JUDGMENT** was served via **certified mail return receipt requested** addressed to:

Kenneth Antos
4968 Mountain Foliage Dr.
Las Vegas, NV 89148
*Defendant/Judgment Debtor*

KCI Investments, LLC
4968 Mountain Foliage Dr.
Las Vegas, NV 89148
*Defendant/Judgment Debtor*

David Becklean
11917 Eagle Crest Drive
Lee's Summit, MO 64086
*Defendant/Judgment Debtor*

DATED this 13th day of September, 2018.

_____
an employee of Kaempfer Crowell

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2207542_4.docx   18691.1

Page 3 of 3

# EXHIBIT 1

# EXHIBIT 1

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

| | | |
|---|---|---|
| Magnolia Financial Group | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 15-cv-7144 |
| Kenneth Antos, et al | ) | |
| *Defendant* | ) | 2:18-ms-00073 |

FILED ___ ENTERED ___
RECEIVED ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD

AUG 27 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __05/14/2018__ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __08/24/2018__

CLERK OF COURT

_____
Signature of Clerk

Paid Amt $ 47⁰⁰   Date 8/29/18
Receipt # NVRND4250   Initials LM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MAGNOLIA FINANCIAL GROUP** | **CIVIL ACTION** |
| **VERSUS** | **NO: 15-7144** |
| **KENNETH ANTOS, ET AL** | **SECTION "H"** |

## JUDGMENT

**IT IS ORDERED, ADJUDGED, and DECREED** that:

1. The Notes entered into by and between Antos, Becklean and KCI are valid and enforceable per their terms and as outlined in ECF 25 and ECF 220;

2. There was default under the Notes by Becklean, Antos and KCI by at least October 21, 2015 as outlined in ECF 220 due to lack of payment by the debtors;

3. Judgment is rendered in favor of Magnolia Financial Group, LLC and against the defendants, Kenneth Antos, David Becklean and KCI Investments, LLC, *in solido*, in the amount of $2,947,518.81, as of June 13, 2016, together with legal interest as provided by law from date of

1

demand until paid as previously determined by order of the court in ECF 220;

4. Plaintiff is entitled to an "award of reasonable attorney fees and all costs incurred in enforcing and collecting under the Note(s)." The Magistrate will determine these amounts to be included and incorporated into the final judgment in favor of Magnolia Financial Group, LLC in this matter, together with legal interest as provided by law, from date of demand until paid against Becklean, Antos and KCI, *in solido*.

5. Of the $2,947,518.81, this Court issues judgment in the amount of $931,500.00, plus judicial interest as provided by law from date of demand until paid, in favor of Magnolia Financial Group, LLC and against Kenneth Antos for fraud based on Antos's willful and intentional acts in denying and depriving Magnolia Financial Group, LLC payments due under the settlement agreement and in Antos directing such funds to entities other than Magnolia Financial Group with the intent to use the funds for his own or his family's benefit, as set forth in the findings of fact and conclusions of law previously entered in this matter at ECF 351.

6. The Magistrate Judge shall determine the amount of costs of these proceedings, with the amount to be included in a final judgment.

New Orleans, Louisiana this 14th day of May, 2018.



JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

2

# Initial Documents in a Miscellaneous Case

2:18-ms-00073 Magnolia Financial Group, LLC v. Antos et al

## United States District Court

## District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 8/29/2018 at 3:02 PM PDT and filed on 8/27/2018
**Case Name:**         Magnolia Financial Group, LLC v. Antos et al
**Case Number:**    2:18-ms-00073
**Filer:**
**Document Number:** 1

**Docket Text:**
**REGISTRATION of Foreign Judgment (Filing fee $ 47 PAID; Receipt No. NVRNO-004250). (Attachments: # (1) Cover Letter)(DRM)**


**2:18-ms-00073 Notice has been electronically mailed to:**

**2:18-ms-00073 Notice has been delivered by other means to:**

Paula A. Ates
Paula A. Ates & Associates, LLC
10557 Airline Highway
St. Rose, LO 70087

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=8/29/2018] [FileNumber=8865206-0
] [1a99babf2b8c5fde477a6984f17e361da25d57d3d1bb0b97c9101392d884330fd84
7b0ae85e8ce18e96a47fb0170a1f2df3552de5dcb9edc2da3e9532d97967e]]
**Document description:** Cover Letter
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=8/29/2018] [FileNumber=8865206-1
] [137ec15d1b95537ea3c1561d8ccb5c9d80641c581f52243aa539cd2662f55dd5c4c
3e487523e035c522ed52f0535a1dc7650ab517869826433ccd6539a77ed80]]