BRYAN M. VIELLION
Nevada Bar No. 13607
KAEMPFER CROWELL
1980 Festival Plaza Drive, #650
Las Vegas, Nevada 89135
Phone: (702) 792-7000
Fax: (702) 796-7181
bviellion@kcnvlaw.com
*Attorneys for Plaintiff/Judgment Creditor*
*Magnolia Financial Group, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAGNOLIA FINANCIAL GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH ANTOS; DAVID BECKLEAN; and KCI INVESTMENTS, LLC,<br><br>Defendant. | Case No. 2:18-ms-00073<br><br>**NOTICE OF FILING** |

TO: Kenneth Antos, David Becklean and KCI Investments, LLC, Defendants/Judgment Debtors:

PLEASE TAKE NOTICE that judgment against Kenneth Antos, David Becklean and KCI Investments, LLC ("Defendants/Judgment Debtors"), a copy of which is attached hereto as "**Exhibit 1**", was filed in the above-referenced case on August 27, 2018 and entered the 29th day of August, 2018.

FURTHER, the Affidavit of Registration of Judgment, a copy of which is attached hereto as "**Exhibit 2**", was filed in the above-referenced case on the 13th day of September, 2018.

/ / / / /

/ / / / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2207641_4.docx   18691.1

Page 1 of 2

Judgment Creditor's address is

> **Magnolia Financial Group, LLC**
> **c/o Bryan M. Viellion, Esq.**
> **KAEMPFER CROWELL**
> **1980 Festival Plaza Drive, Suite 650**
> **Las Vegas, Nevada 89135**

DATED this 10th day of September, 2018.

KAEMPFER CROWELL

_____
BRYAN M. VIELLION (Nevada Bar No. 13607)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
*Attorneys for Plaintiff/Judgment Creditor*
*Magnolia Financial Group, LLC*

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2207641_4.docx   18691.1

Page 2 of 2

# EXHIBIT 1

# EXHIBIT 1

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

| | |
|---|---|
| Magnolia Financial Group | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 15-cv-7144 |
| Kenneth Antos, et al | ) |
| *Defendant* | ) 2:18-ms-00073 |

```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

           AUG 2 7 2018

       CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __05/14/2018__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __08/24/2018__

CLERK OF COURT

Signature of Clerk or [Deputy]

Paid Amt $ 47⁰⁰  Date 8/29/18
Receipt # NVRND4250  Initials [illegible]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MAGNOLIA FINANCIAL GROUP**                    **CIVIL ACTION**

**VERSUS**                                      **NO: 15-7144**

**KENNETH ANTOS, ET AL**                        **SECTION "H"**

## JUDGMENT

**IT IS ORDERED, ADJUDGED, and DECREED** that:

1. The Notes entered into by and between Antos, Becklean and KCI are valid and enforceable per their terms and as outlined in ECF 25 and ECF 220;
2. There was default under the Notes by Becklean, Antos and KCI by at least October 21, 2015 as outlined in ECF 220 due to lack of payment by the debtors;
3. Judgment is rendered in favor of Magnolia Financial Group, LLC and against the defendants, Kenneth Antos, David Becklean and KCI Investments, LLC, *in solido*, in the amount of $2,947,518.81, as of June 13, 2016, together with legal interest as provided by law from date of

demand until paid as previously determined by order of the court in ECF 220;

4. Plaintiff is entitled to an "award of reasonable attorney fees and all costs incurred in enforcing and collecting under the Note(s)." The Magistrate will determine these amounts to be included and incorporated into the final judgment in favor of Magnolia Financial Group, LLC in this matter, together with legal interest as provided by law, from date of demand until paid against Becklean, Antos and KCI, *in solido*.

5. Of the $2,947,518.81, this Court issues judgment in the amount of $931,500.00, plus judicial interest as provided by law from date of demand until paid, in favor of Magnolia Financial Group, LLC and against Kenneth Antos for fraud based on Antos's willful and intentional acts in denying and depriving Magnolia Financial Group, LLC payments due under the settlement agreement and in Antos directing such funds to entities other than Magnolia Financial Group with the intent to use the funds for his own or his family's benefit, as set forth in the findings of fact and conclusions of law previously entered in this matter at ECF 351.

6. The Magistrate Judge shall determine the amount of costs of these proceedings, with the amount to be included in a final judgment.

New Orleans, Louisiana this 14th day of May, 2018.



JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

2

# Initial Documents in a Miscellaneous Case

2:18-ms-00073 Magnolia Financial Group, LLC v. Antos et al

United States District Court

District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 8/29/2018 at 3:02 PM PDT and filed on 8/27/2018
**Case Name:**   Magnolia Financial Group, LLC v. Antos et al
**Case Number:**   2:18-ms-00073
**Filer:**
**Document Number:** 1

**Docket Text:**
**REGISTRATION of Foreign Judgment (Filing fee $ 47 PAID; Receipt No. NVRNO-004250). (Attachments: # (1) Cover Letter)(DRM)**

**2:18-ms-00073 Notice has been electronically mailed to:**

**2:18-ms-00073 Notice has been delivered by other means to:**

Paula A. Ates
Paula A. Ates & Associates, LLC
10557 Airline Highway
St. Rose, LO 70087

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=8/29/2018] [FileNumber=8865206-0
] [1a99babf2b8c5fde477a6984f17e361da25d57d3d1bb0b97c9101392d884330fd84
7b0ae85e8ce18e96a47fb0170a1f2df3552de5dcb9edc2da3e9532d97967e]]
**Document description:** Cover Letter
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=8/29/2018] [FileNumber=8865206-1
] [137ec15d1b95537ea3c1561d8ccb5c9d80641c581f52243aa539cd2662f55dd5c4c
3e487523e035c522ed52f0535a1dc7650ab517869826433ccd6539a77ed80]]

# EXHIBIT 2

# EXHIBIT 2

1  BRYAN M. VIELLION
   Nevada Bar No. 13607
2  KAEMPFER CROWELL
   1980 Festival Plaza Drive, #650
3  Las Vegas, Nevada 89135
   Phone: (702) 792-7000
4  Fax: (702) 796-7181
   bviellion@kcnvlaw.com
5  *Attorneys for Plaintiff/Judgment Creditor*
   *Magnolia Financial Group, LLC*
6

7              UNITED STATES DISTRICT COURT

8                   DISTRICT OF NEVADA

9  | MAGNOLIA FINANCIAL GROUP, LLC,       | Case No. 2:18-ms-00073 |
10 | Plaintiff,                            |                        |
   |                                       | **AFFIDAVIT OF REGISTRATION** |
11 | v.                                    | **OF JUDGMENT**        |
12 | KENNETH ANTOS; DAVID BECKLEAN;        |                        |
   | and KCI INVESTMENTS, LLC,             |                        |
13 |                                       |                        |
   | Defendant.                            |                        |
14

15  STATE OF NEVADA      )
                         ) ss:
16  COUNTY OF CLARK      )

17       BRYAN M. VIELLION, being first duly sworn, deposes and says:

18    1. Affiant is an attorney with the law firm of Kaempfer Crowell, counsel of record for

19       Magnolia Financial Group, LLC ("Judgment Creditor").

20    2. This Affidavit is submitted in support of Judgment Creditor's registration of the foreign

21       judgment, as separately noticed. Except where stated upon information and belief,

22       Affiant has personal knowledge of the facts described herein, and if called upon to do so

23       in a court of law, Affiant could and would competently testify thereto.

24

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2207601_4.docx   18691.1

Page 1 of 3

3. Affiant is informed and believes that the United States District Court for the Eastern District of Louisiana entered a Judgment ("Judgment") by the Honorable Jane Triche Milazzo, on or about May 14, 2018, in favor of Judgment Creditor and against Kenneth Antos, David Becklean and KCI Investments, LLC ("Judgment Debtors"). The Judgment orders that Judgment Creditor is granted judgment against Judgment Debtors, jointly and severally. A copy of the Judgment is attached as **Exhibit 1**.

4. Affiant is informed and believes that the Judgment against the Judgment Debtors in favor of the Judgment Creditor is valid and enforceable and has in no way been satisfied.

5. Judgment Creditor's address is:

> **Magnolia Financial Group, LLC**
> **c/o Bryan M. Viellion, Esq.**
> **KAEMPFER CROWELL**
> **1980 Festival Plaza Drive, Suite 650**
> **Las Vegas, Nevada 89135**

6. Affiant is informed and believes the last known address of each Judgment Debtor is:

> **Kenneth Antos**
> **4968 Mountain Foliage Dr.**
> **Las Vegas, NV 89148**
>
> **KCI Investments, LLC**
> **4968 Mountain Foliage Dr.**
> **Las Vegas, NV 89148**
>
> **David Becklean**
> **11917 Eagle Crest Drive**
> **Lee's Summit, MO 64086**

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2207601_4.docx    18691.1

Page 2 of 3

7. Affiant makes this Affidavit in accordance with the provisions of NRS 17.360 at the request of the Judgment Creditor in support of filing the Judgment in the above-entitled Court.

DATED this 10th day of September, 2018.

_____
BRYAN M. VIELLION

SUBSCRIBED AND SWORN BEFORE ME this 10th day of September, 2018 by Bryan M. Viellion.

_____
Heather Suter
NOTARY PUBLIC in and for said County and State
My Commission Expires: 2/28/22

HEATHER SUTER
Notary Public, State of Nevada
No. 18-1770-1
My Appt. Exp. Feb. 28, 2022

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2207601_4.docx   18691.1

Page 3 of 3

# EXHIBIT 1

# EXHIBIT 1

Case 2:18-cv-01839-JAD-BNW Document 4 Filed 09/13/18 Page 13 of 16
Case 2:18-ms-00073 Document 2 Filed 09/13/18 Page 5 of 8
Case 2:18-ms-00073 Document 1 Filed 08/27/18 Page 1 of 3

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

AUG 27 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

| | |
|---|---|
| Magnolia Financial Group | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 15-cv-7144 |
| Kenneth Antos, et al | ) |
| *Defendant* | ) |

2:18-ms-00073

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __05/14/2018__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __08/24/2018__

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

Paid Amt $ 47.00  Date 8/29/18
JV RNO 4250
Receipt # _____ Initials ___

Case 2:18-cv-01839-JAD-BNW Document 4 Filed 09/13/18 Page 14 of 16
Case 2:18-ms-00073 Document 2 Filed 09/13/18 Page 6 of 8
Case 2:15-cv-07144-JTM-DEK Document 352 Filed 05/14/18 Page 1 of 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MAGNOLIA FINANCIAL GROUP** | **CIVIL ACTION** |
| **VERSUS** | **NO: 15-7144** |
| **KENNETH ANTOS, ET AL** | **SECTION "H"** |

### JUDGMENT

**IT IS ORDERED, ADJUDGED, and DECREED** that:

1. The Notes entered into by and between Antos, Becklean and KCI are valid and enforceable per their terms and as outlined in ECF 25 and ECF 220;

2. There was default under the Notes by Becklean, Antos and KCI by at least October 21, 2015 as outlined in ECF 220 due to lack of payment by the debtors;

3. Judgment is rendered in favor of Magnolia Financial Group, LLC and against the defendants, Kenneth Antos, David Becklean and KCI Investments, LLC, *in solido*, in the amount of $2,947,518.81, as of June 13, 2016, together with legal interest as provided by law from date of

1

Case 2:18-cv-01839-JAD-BNW Document 4 Filed 09/13/18 Page 15 of 16
Case 2:18-ms-00073 Document 2 Filed 09/13/18 Page 7 of 8
Case 2:15-cv-01440-JTM-DEK Document 352 Filed 05/14/18 Page 2 of 2

demand until paid as previously determined by order of the court in ECF 220;

4. Plaintiff is entitled to an "award of reasonable attorney fees and all costs incurred in enforcing and collecting under the Note(s)." The Magistrate will determine these amounts to be included and incorporated into the final judgment in favor of Magnolia Financial Group, LLC in this matter, together with legal interest as provided by law, from date of demand until paid against Becklean, Antos and KCI, *in solido*.

5. Of the $2,947,518.81, this Court issues judgment in the amount of $931,500.00, plus judicial interest as provided by law from date of demand until paid, in favor of Magnolia Financial Group, LLC and against Kenneth Antos for fraud based on Antos's willful and intentional acts in denying and depriving Magnolia Financial Group, LLC payments due under the settlement agreement and in Antos directing such funds to entities other than Magnolia Financial Group with the intent to use the funds for his own or his family's benefit, as set forth in the findings of fact and conclusions of law previously entered in this matter at ECF 351.

6. The Magistrate Judge shall determine the amount of costs of these proceedings, with the amount to be included in a final judgment.

New Orleans, Louisiana this 14th day of May, 2018.



_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

2

# Initial Documents in a Miscellaneous Case

## 2:18-ms-00073 Magnolia Financial Group, LLC v. Antos et al

### United States District Court

### District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 8/29/2018 at 3:02 PM PDT and filed on 8/27/2018
**Case Name:** Magnolia Financial Group, LLC v. Antos et al
**Case Number:** 2:18-ms-00073
**Filer:**
**Document Number:** 1

**Docket Text:**
**REGISTRATION of Foreign Judgment (Filing fee $ 47 PAID; Receipt No. NVRNO-004250). (Attachments: # (1) Cover Letter)(DRM)**

**2:18-ms-00073 Notice has been electronically mailed to:**

**2:18-ms-00073 Notice has been delivered by other means to:**

Paula A. Ates
Paula A. Ates & Associates, LLC
10557 Airline Highway
St. Rose, LO 70087

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=8/29/2018] [FileNumber=8865206-0
] [1a99babf2b8c5fde477a6984f17e361da25d57d3d1bb0b97c9101392d884330fd84
7b0ae85e8ce18e96a47fb0170a1f2df3552de5dcb9edc2da3e9532d97967e]]
**Document description:** Cover Letter
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=8/29/2018] [FileNumber=8865206-1
] [137ec15d1b95537ea3c1561d8ccb5c9d80641c581f52243aa539cd2662f55dd5c4c
3e487523e035c522ed52f0535a1dc7650ab517869826433ccd6539a77ed80]]