1  BRYAN M. VIELLION
Nevada Bar No. 13607
2  KAEMPFER CROWELL
1980 Festival Plaza Drive, #650
3  Las Vegas, Nevada  89135
Phone:  (702) 792-7000
4  Fax:  (702) 796-7181
bviellion@kcnvlaw.com
5  *Attorneys for Plaintiff/Judgment Creditor*
*Magnolia Financial Group, LLC*

6

7                    UNITED STATES DISTRICT COURT

8                        DISTRICT OF NEVADA

9  MAGNOLIA FINANCIAL GROUP, LLC,        Case No.  2:18-ms-00073

10                    Plaintiff,

11  v.                                    **AFFIDAVIT OF SERVICE**
                                         **OF NOTICE OF FILING**
12  KENNETH ANTOS; DAVID BECKLEAN;
and KCI INVESTMENTS, LLC,

13
                      Defendant.
14

15  STATE OF NEVADA        )
                           )   ss:
16  COUNTY OF CLARK        )

17        Heather Suter, being first duly sworn, deposes and says:

18        1.    Affiant is employed with the law firm of Kaempfer Crowell, attorneys of record

19  for Magnolia Financial Group, LLC ("Judgment Creditor").   Except where stated upon

20  information and belief, Affiant has personal knowledge of the facts described herein, and if

21  called upon to do so in a court of law, Affiant could and would competently testify thereto.

22        2.    In accordance with NRS 17.360, service of the (1) Notice of Filing and (2)

23  Affidavit of Registration of Judgment, was made on the 13th day of September, 2018, by Affiant

24  depositing a true and correct copy of the same for mailing enclosed in a sealed envelope with

1   with postage fully prepaid, for **certified mail, return receipt requested** at Las Vegas, Nevada,

2   addressed to each of the following:

3      **Kenneth Antos**
       **4968 Mountain Foliage Dr.**
4      **Las Vegas, NV 89148**

5      **KCI Investments, LLC**
       **4968 Mountain Foliage Dr.**
6      **Las Vegas, NV 89148**

7      **David Becklean**
       **11917 Eagle Crest Drive**
8      **Lee's Summit, MO 64086**

9

10                                    employee of Kaempfer Crowell

11   SUBSCRIBED AND SWORN BEFORE ME
     this ___16th___ day of September, 2018
12   by Heather Suter.

13

14   NOTARY PUBLIC in and for said County and State

15   My Commission Expires: ___03-15-21___

16

17   Submitted by

18   KAEMPFER CROWELL

19

20   BRYAN M. VIELLION
     Nevada Bar No. 13607
21   KAEMPFER CROWELL
     1980 Festival Plaza Drive, #650
22   Las Vegas, Nevada  89135
     ***Attorneys for Plaintiff/Judgment Creditor***
23   ***Magnolia Financial Group, LLC***

24

MICHELLE DIEGEL
Notary Public State of Nevada
No. 93-2440-1
My appt. exp. Mar. 15, 2021

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2207671_2.docx   18691.1

Page 2 of 2