# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MAGNOLIA FINANCIAL GROUP, LLC, | Case No. 2:18-cv-01839-JAD-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| KENNETH ANTOS, et al., | |
| Defendants. | |

Presently before the court is plaintiff/judgment creditor Magnolia Financial Group, LLC's motion for charging order (ECF No. 6), filed on September 21, 2018. The motion is unopposed. This case was reassigned to the undersigned magistrate judge on May 3, 2019.

The United States District Court for the Eastern District of Louisiana entered a judgment in favor of Magnolia and against defendants/judgment creditors Kenneth Antos, David Becklean, and KCI Investments, LLC, for $2,947,518.81, plus interest as stated in the judgment. (J. (ECF No. 1) at 2-3.) Magnolia subsequently registered the judgment in this district. (*Id.* at 1.)

According to Magnolia, Antos has a membership interest in a limited liability company that owns real property in Nevada. Magnolia now moves for a charging order against any distributions, disbursements, or other income provided to Antos by virtue of his membership interest in the limited liability company. Specifically, Magnolia represents to the court that the real property owned by the limited liability company was listed for sale in Nevada and under contract, with a closing date of October 31, 2018. Magnolia requests an order requiring any funds received by the limited liability company from the sale be paid to Magnolia to satisfy its judgment, rather than to the Kenneth and Sheila Antos Living Trust. Given that the date of the

sale has passed, the court requests that Magnolia file a status report by September 18, 2019, indicating whether its motion for a charging order is moot.

IT IS SO ORDERED.

DATED: September 11, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE