KAEMPFER CROWELL
Bryan M. Viellion, No. 13607
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: bviellion@kcnvlaw.com

Attorneys for Plaintiff Magnolia
Financial Group, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAGNOLIA FINANCIAL GROUP, LLC,<br><br>                   Plaintiff,<br><br>v.<br><br>KENNETH ANTOS; DAVID BECKLEAN;<br>and KCI INVESTMENTS, LLC,<br><br>                   Defendants. | Case No.  2:18-cv-01839-JAD-BNW<br><br>**CHARGING ORDER AGAINST<br>INTERESTS OF DEBTOR<br>KENNETH ANTOS** |

On September 26, 2019, this Court GRANTED Plaintiff/Judgment Creditor Magnolia Financial Group's motion for a charging order on the limited liability company and corporate shareholder interests of judgment debtor Kenneth Antos in any payments, distributions, or disbursements from Spanish Heights Acquisition Company, LLC, through Mr. Antos' interest as the settlor, trustee, and beneficiary of the Kenneth and Shelia Antos Living Trust ("Trust"), in order to satisfy MFG's judgment.

**IT IS THEREFORE ORDERED** that the interests of the Spanish Heights Acquisition Company, LLC are charged with payment of the remaining balance of the judgment in this matter, which, as of September 18, 2018, is $3,676,203.62 including costs, attorney's fees and interest.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2213306_5     18691.1

Page 1 of 2

1    **IT IS FURTHER ORDERED** that no member or stockholder of Spanish Heights

2    Acquisition Company, LLC shall distribute to the Trust any funds or assets whatsoever, but

3    instead shall pay over to the Plaintiff/Judgment Creditor Magnolia Financial Group all funds and

4    assets in any payments, distributions, or disbursements from Spanish Heights Acquisition

5    Company, LLC which would have been distributed to the Trust for Kenneth Antos' benefit in

6    order to satisfy MFG's judgment.

7        **IT IS SO ORDERED.**

8        DATED: October 11  2019.

9                                         _____

10                                        **United States Magistrate Judge**

11   Submitted by:

12   KAEMPFER CROWELL

13   By  /s/ Bryan Viellion
        Bryan M. Viellion, No. 13607
14      1980 Festival Plaza Drive
        Suite 650
15      Las Vegas, Nevada  89135

16   Attorneys for Plaintiff Magnolia Financial Group, LLC

17

18

19

20

21

22

23

24